## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Prime Insurance Company,

                Plaintiff,

                                     Civil No. 10-2213 (RHK/JJK)
v.                                       **ORDER**

City of Minneapolis, Minnesota,

                Defendant.
_____


       Pursuant to the parties' Stipulation For Dismissal (Doc. No. 18), **IT IS ORDERED** that

the above-entitled action is **DISMISSED WITH PREJUDICE** and without costs to either

party.

       **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  July 23, 2010

                                 s/Richard H. Kyle
                                 RICHARD H. KYLE
                                 United States District Judge